

1  Vaughn A. Crawford, Esq.
   Nevada Bar No. 7665
2  Dawn L. Davis, Esq.
   Nevada Bar No. 13329
3  Morgan T. Petrelli, Esq.
   Nevada Bar No. 13221
4  SNELL & WILMER L.L.P.
   1700 South Pavilion Center Drive, Suite 700
5  Las Vegas, Nevada 89135
   Telephone: (702) 784-5200
6  Facsimile:  (702) 784-5252
   Email: ddavis@swlaw.com
7         vcrawford@swlaw.com
          mpetrelli@swlaw.com
8
   *Attorneys for Defendant Ford Motor Company*
9

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIA BRIDENBAUGH, INDIVIDUALLY; and JOHN BRIDENBAUGH, Individually, <br><br> Plaintiffs, <br><br> v. <br><br> FORD MOTOR COMPANY, a Delaware Corporation, DOES 1 Through 20; and ROE BUSINESS ENTITIES 1 Through 20 <br><br> Defendant. | Case No.: 2:24-cv-00188-GMN-BNW <br><br> **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** <br><br> **(THIRD REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs MARIA BRIDENBAUGH and JOHN BRIDENBAUGH and Defendant FORD MOTOR COMPANY, by, and through their respective undersigned counsel of record, pursuant to LR II 26-3, that discovery and related deadlines be extended.  This is the Parties' **Third Request** for a continuance of discovery deadlines.

**I.    Discovery Completed to Date:**

Parties have conducted depositions of each party and have inspected and tested the vehicle at issue.  Parties have exchanged written discovery requests and responses, have made multiple

- 1 -

Rule 26 disclosures and issued multiple subpoenas. Further, the parties have deposed Plaintiff Maria's burn doctor provider and made initial expert disclosures.

## II. **Discovery that Remains to be Completed**:

Plaintiffs have noticed the depositions of several third parties to occur over the next few months and continue to seek relevant information through written and other discovery means. Supplemental and rebuttal expert reports and expert depositions remain to be completed.

## III. **Reasons Why the Parties are Requesting Extension**:

The parties continue to work diligently to meet the current deadlines. Discovery is ongoing, discovery disputes are attempting to be resolved, and the parties are cooperating otherwise in good faith. The request for a short, two-week continuance of the rebuttal expert disclosure deadline and the discovery cutoff date is made because counsel for Ford will be out of the jurisdiction during the current rebuttal expert disclosure deadline and needs additional time to properly disclose rebuttal expert witness disclosures.

## IV. **Proposed Discovery Schedule**:

The parties propose the following discovery deadlines:

| **Discovery** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Initial Expert Disclosures (Plaintiffs) | November 12, 2024 | No change |
| Initial Expert Disclosures (Defendant) | December 13, 2024 | No change |
| Add Parties/Amend Pleadings | May 12, 2025 | No change |
| Rebuttal Expert Disclosures | July 10, 2025 | July 24, 2025 |
| Close of Discovery | August 11, 2025 | August 25, 2025 |
| Dispositive Motions | September 12, 2025 | September 24, 2025 |
| Joint Pretrial Order | October 13, 2025 | October 27, 2025 |

IT IS SO AGREED AND STIPULATED, THROUGH COUNSEL OF RECORD.

| **SNELL & WILMER L.L.P.** | **BERTOLDO CARTER SMITH & CULLEN** |
|---|---|
| */s/ Dawn L. Davis* | */s/ Brett Carter* |
| Vaughn A. Crawford, Esq. | Brett A. Carter, Esq. |
| Nevada Bar No. 7665 | Nevada Bar No. 5904 |
| Dawn L. Davis, Esq. | Cliff W. Marcek, Esq. |
| Nevada Bar No. 13329 | Nevada Bar No. 5061 |
| Morgan T. Petrelli, Esq. | 7408 W. Sahara Avenue |
| Nevada Bar No. 13221 | Las Vegas, Nevada 89117 |
| 1700 South Pavilion Center Drive, Suite 700 | |
| Las Vegas, Nevada 89135 | *Attorneys for Plaintiffs* |

*Attorneys for Defendant Ford Motor Company*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 18, 2025

4938-2008-7336

- 3 -