CLIFF W. MARCEK, ESQ.
Nevada Bar No. 5061
BRETT A. CARTER, ESQ
Nevada Bar No. 5904
BERTOLDO CARTER SMITH & CULLEN
7408 West Sahara Avenue
Las Vegas, Nevada 89117
Phone: (702) 228-2600
Fax: (702) 228-2333
cmarcek@nvlegaljustice.com
carter@nvlegaljustice.com
Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| MARIA BRIDENBAUGH, Individually; and JOHN BRIDENBAUGH, Individually;<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY, a Delaware Corporation; DOES 1 Through 20; and ROE BUSINESS ENTITIES 1 Through 20,<br><br>Defendants. | CASE NO.: 2:24-cv-00188-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br>**(Fourth Request)** |

**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**

**(Fourth Request)**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs MARIA BRIDENBAUGH and JOHN BRIDENBAUGH and Defendant FORD MOTOR COMPANY, by, and through their respective undersigned counsel of record, pursuant to LR II 26-3, that discovery and related deadlines be extended. This is the Parties' **Fourth Request** for a continuance of discovery deadlines.

**I.    Discovery Completed to Date:**

The parties have completed depositions of the plaintiffs, defendant's 30(b)(6) witness as to several topics, several vendors and suppliers of defendant (following receipt and disclosure of subpoenaed materials), a medical provider of Maria Bridenbaugh and one of several experts disclosed.

Page 1 of 4

1  The parties' experts completed inspections and testing of the subject vehicle. The parties have
2  exchanged written discovery requests and responses, made multiple Rule 26 disclosures, and issued
3  multiple subpoenas. The parties disclosed initial and rebuttal experts.

**II.   Discovery that Remains to be Completed:**

a. Scheduled deposition of Defendant Ford's FRCP 30(b)(6) representative Jonathan Clarke for additional topic(s) as agreed;
b. Take the depositions of Plaintiffs' experts;
c. Take the depositions of Defendant's experts;
d. Complete written discovery; and
e. Additional discovery yet to be determined as may be necessary.

**III.  Reasons Why the Parties are Requesting Extension:**

The parties have diligently worked to meet the current deadlines. Discovery remains actively ongoing while the parties are cooperating in good faith. Following the recent rebuttal disclosures, several expert depositions are currently being scheduled with best availability practically extending through November 2025; however, current close of discovery is September 8, 2025. This case involves multiple experts across different specialties and coordinating the availabilities of counsel, parties, and experts has proven challenging. The parties are in the process of scheduling these depositions, but despite the parties' diligent efforts additional time is necessary to accommodate the calendars of all involved and ensure that the depositions may proceed in an orderly and efficient manner.

Additionally, the parties have agreed to participate in private mediation, which is scheduled for October 23, 2025, with the Ret. Hon. Jackie Glass. The upcoming mediation may resolve some or all of the issues in dispute and allowing the mediation to occur prior to the close of discovery will conserve judicial resources and potentially obviate the need for further litigation.

The parties agree that good cause justifies moving the current deadlines two (2) months to afford the parties sufficient time to gather and analyze evidence and attempt a good faith effort at settlement before incurring otherwise avoidable expenses and the Court's time.

The Parties make this request to the Court in good faith and not for the purpose of delay. The parties propose deadlines for a two (2) month extension as set forth below.

### IV.  Proposed Discovery Schedule:

The parties propose the following discovery deadlines:

| **Discovery** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Initial Expert Disclosures (Plaintiffs) | November 12, 2024 | No change |
| Initial Expert Disclosures (Defendant) | December 13, 2024 | No change |
| Add Parties/Amend Pleadings | May 12, 2025 | No change |
| Rebuttal Expert Disclosures | July 10, 2025 | No change |
| Close of Discovery | September 8, 2025 | November 10, 2025 |
| Dispositive Motions | October 8, 2025 | December 10, 2025 |
| Joint Pretrial Order | November 10, 2025 | January 9, 2026 |

IT IS SO AGREED AND STIPULATED, THROUGH COUNSEL OF RECORD.

Dated this 2nd day of September 2025.                Dated this 29th day of August 2025.

**BERTOLDO CARTER SMITH & CULLEN**                **SNELL & WILMER, LLP**

*/s/ Brett A. Carter, Esq.*
BRETT A. CARTER, ESQ.
Nevada Bar No. 5904
CLIFF W. MARCEK, ESQ.
Nevada Bar No. 5061
7408 West Sahara Avenue
Las Vegas, Nevada 89117
Phone: (702) 228-2600
Fax: (702) 288-2333
*Attorneys for Plaintiffs*
*Maria Bridenbaugh and*
*John Bridenbaugh*

*/s/ Dawn L. Davis*
Vaughn A. Crawford, Esq. (NSB #7665)
Dawn L. Davis, Esq. (NSB #13329)
Christian P. Ogata, Esq. (NSB #15612)
3883 Howard Hughes Pkwy., Ste. 1100
Las Vegas, Nevada 89169
Tel.: 702-784-5200
Fax: 702-784-5252
*Attorneys for Defendant*
*FORD MOTOR COMPANY*

*Bridenbaugh v. Ford Motor Company.*
Case No.: 2:24-cv-00188-GMN-BNW
Fourth Requested Stipulation and Order to Extend Discovery Deadlines

## ORDER

IT IS SO ORDERED.

Dated: September 3, 2025

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted By:

*/s/ Brett A. Carter, Esq.*
BRETT A. CARTER, ESQ.
Nevada Bar No. 5904
CLIFF W. MARCEK, ESQ.
Nevada Bar No. 5061
7408 West Sahara Avenue
Las Vegas, Nevada 89117
Phone: (702) 228-2600
Fax: (702) 288-2333
*Attorneys for Plaintiffs*
*Maria Bridenbaugh and*
*John Bridenbaugh*

# Briget Lanz

| | |
|---|---|
| **From:** | Davis, Dawn <ddavis@swlaw.com> |
| **Sent:** | Friday, August 29, 2025 2:15 PM |
| **To:** | Briget Lanz; Crawford, Vaughn; Mosbey, Lyndsey; Moreno, Jorge |
| **Cc:** | Brett Carter; Cliff Marcek; Chase Haverty; Mollie Lewis |
| **Subject:** | RE: Bridenbaugh v. Ford Motor Company - SAO to Extend Discovery (4th request) |

**\*\* Notice, this email is from an External Source. Use caution when clicking links or opening attachments \*\***

Looks good to me, thank you.

**Dawn L. Davis**

**O:** 702.784.5275
ddavis@swlaw.com

## SNELL & WILMER

swlaw.com | LinkedIn

---

**From:** Briget Lanz <blanz@nvlegaljustice.com>
**Sent:** Tuesday, August 26, 2025 2:14 PM
**To:** Davis, Dawn <ddavis@swlaw.com>; Crawford, Vaughn <vcrawford@swlaw.com>; Mosbey, Lyndsey <lmosbey@swlaw.com>; Moreno, Jorge <jmoreno@swlaw.com>
**Cc:** Brett Carter <carter@nvlegaljustice.com>; Cliff Marcek <CMarcek@nvlegaljustice.com>; Chase Haverty <CHaverty@nvlegaljustice.com>; Mollie Lewis <MLewis@nvlegaljustice.com>
**Subject:** Bridenbaugh v. Ford Motor Company - SAO to Extend Discovery (4th request)


**[EXTERNAL]** blanz@nvlegaljustice.com

---

Good afternoon,

Attached, find the Stipulation and Order to Extend Discovery Deadlines (Fourth Request). Please review and let me know if we have permission to add your electronic signature or if any changes need to be made.

Thank you,

*Briget Lanz*
Legal Assistant to
*Cliff W. Marcek, Esq.*
**BERTOLDO CARTER SMITH & CULLEN**
7408 W. Sahara Avenue, Las Vegas, Nevada 89117
Telephone 702.800.0000 | Fax 702.228.2333

1